# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM SLACK, et al., ) | Case No. 2:16-cv-02324-KJD-CWH |
| Plaintiffs, ) | |
| vs. ) | **ORDER** |
| PARBALL NEWCO LLC, et al., ) | |
| Defendants. ) | |

    Presently before the court is the parties' joint proposed discovery plan and scheduling order (ECF No. 47), filed on March 13, 2017.

    The court recognizes that special scheduling review may be appropriate in this Fair Labor Standards Act case. The court is concerned, however, that the proposed discovery plan does not include dates certain for all of the deadlines, particularly with respect to the discovery cut-off date and the expert disclosures deadlines. Specifically, the court is concerned the lack of dates certain will lead to confusion and difficulty in tracking discovery deadlines. The court therefore will deny the parties' joint proposed discovery plan and scheduling, without prejudice, for the parties to prepare a proposed discovery plan that includes dates certain, to the furthest extent possible. In preparing the revised discovery plan, the parties are advised that the court generally is amenable to granting reasonable extensions of scheduled deadlines when the request is supported by good cause and made in compliance with Local Rule 26-4.

    IT IS THEREFORE ORDERED that the parties' joint discovery plan and scheduling order (ECF No. 47) is DENIED without prejudice.

/ / /

/ / /

IT IS FURTHER ORDERED that the parties must meet and confer and submit a revised proposed discovery plan and scheduling order within 21 days from the date of this order.

DATED: March 15, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**