LEON GREENBERG, ESQ.
Nevada Bar No.: 8094
DANA SNIEGOCKI, ESQ.
Nevada Bar No.: 11715
Leon Greenberg Professional Corporation
2965 South Jones Boulevard - Suite E3
Las Vegas, Nevada 89146
(702) 383-6085
(702) 385-1827(fax)
leongreenberg@overtimelaw.com
dana@overtimelaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM SLACK, HARRY STROCK, and EDWARD CHAMPA Individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PARBALL NEWCO LLC dba BALLY'S, PARBALL CORP., PARBALL LLC, PHWLV, LLC dba PLANET HOLLYWOOD LAS VEGAS RESORT AND CASINO, and "JOHN DOE CORPORATIONS" 1 to 50, name fictitious, actual name and number unknown,<br><br>Defendants. | Case No. 2:16-cv-02324-RFB-CWH<br><br>STIPULATION AND ORDER ENLARGING PLAINTIFFS' TIME TO RESPOND TO DEFENDANTS' MOTION TO COMPEL RESPONSES TO DISCOVERY REQUESTS |

The parties, by and through their counsel of record, hereby stipulate and agree to grant plaintiffs a two (2) day extension to file and serve their Response in Opposition to Defendants' Motion to Compel Responses to Discovery Requests. Such motion was filed on July 28, 2017. A response to such motion is due on August 11, 2017. Pursuant to the parties' agreement, plaintiffs will have until Tuesday, August 15, 2017, to file and serve their response.

1

The foregoing request for a short extension of time is made to accommodate plaintiffs' counsel's schedule and not made for any improper purpose or for delay.

Date: August 11, 2017        Leon Greenberg Professional Corporation

By: /s/ *Leon Greenberg*
    Leon Greenberg
    Dana Sniegocki
    Attorneys for plaintiffs

Date: August 11, 2017        AKIN GUMP STRAUSS HAUER & FELD, LLP

By: /s/ *Joel M. Cohn*
    Joel M. Cohn
    Allison S. Papadopoulos

JACKSON LEWIS PC

    Elayna J. Youchah

    Attorneys for defendants

**IT IS SO ORDERED.**

_____        August 15, 2017
United States ~~District Judge/~~        _____
Magistrate Judge                          Date