LEON GREENBERG, ESQ.
Nevada Bar No.: 8094
DANA SNIEGOCKI, ESQ.
Nevada Bar No.: 11715
Leon Greenberg Professional Corporation
2965 South Jones Boulevard - Suite E3
Las Vegas, Nevada 89146
(702) 383-6085
(702) 385-1827(fax)
leongreenberg@overtimelaw.com
dana@overtimelaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM SLACK, HARRY STROCK, and EDWARD CHAMPA Individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PARBALL NEWCO LLC dba BALLY'S, PARBALL CORP., PARBALL LLC, PHWLV, LLC dba PLANET HOLLYWOOD LAS VEGAS RESORT AND CASINO, and "JOHN DOE CORPORATIONS" 1 to 50, name fictitious, actual name and number unknown,<br><br>Defendants. | 2:16-cv-02324-KJD-CWH<br><br>Case No. ~~2:16-cv-02324-RFB-CWH~~<br><br>STIPULATION AND ORDER ENLARGING PLAINTIFFS' TIME TO RESPOND TO DEFENDANTS' MOTION TO COMPEL THE DEPOSITIONS OF OPT-IN PLAINTIFFS JOSIANE MILLS, PAUL TROVATO, AND ANDREW CRAIG |

The parties hereby stipulate and agree to grant plaintiffs a 10-day extension to file and serve their Response in Opposition to Defendants' Motion to Compel the Depositions of Opt-in Plaintiffs Josiane Mills, Paul Trovato, and Andrew Craig. Such motion was filed on September 29, 2017. A response to such motion is due on October 13, 2017. Pursuant to the parties' agreement, plaintiffs will have until Monday, October 23, 2017, to file and serve their response.

1

The foregoing request for an extension of time is made to accommodate the schedule of plaintiffs' counsel, who is currently engaged in the taking of expert depositions and other depositions, as well as trial preparation in various other matters. Accordingly, such request is not made for any improper purpose or for delay.

Date: October 12, 2017   Leon Greenberg Professional Corporation

By: /s/ *Leon Greenberg*
Leon Greenberg
Dana Sniegocki
Attorneys for plaintiffs

Date: October 12, 2017   AKIN GUMP STRAUSS HAUER & FELD, LLP

By: /s/ *Joel M. Cohn*
Joel M. Cohn
Allison S. Papadopoulos

JACKSON LEWIS PC

Elayna J. Youchah

Attorneys for defendants

**IT IS SO ORDERED.**

_____   October 13, 2017
United States District Judge/               _____
Magistrate Judge                             Date