ELAYNA J. YOUCHAH (Nev. Bar No. 5837)
JACKSON LEWIS P.C.
3800 Howard Hughes Parkway
Suite 600
Las Vegas, NV 89169
Tel.: 702.921.2460
Fax: 702.921.2461
youchahe@jacksonlewis.com

JOEL M. COHN (*pro hac vice*)
ALLISON S. PAPADOPOULOS (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, NW
Washington, D.C. 20036-1564
Telephone: 202.887.4000
Fax: 202.887.4288
jcohn@akingump.com
apapadopoulos@akingump.com

Attorneys for Defendants
Parball Newco LLC and PHWLV, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM SLACK, HARRY STROCK, and EDWARD CHAMPA Individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PARBALL NEWCO LLC dba BALLY'S, PARBALL CORP., PARBALL LLC, PHWLV, LLC dba PLANET HOLLYWOOD LAS VEGAS RESORT AND CASINO, and "JOHN DOE CORPORATIONS" 1 to 50, name fictitious, actual name and number unknown,<br><br>Defendants. | Case No. 2:16-cv-02324-RFB-CWH<br><br>STIPULATION AND ORDER ENLARGING DEFENDANTS' TIME TO REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO COMPEL DEPOSITIONS |

The parties hereby stipulate and agree to grant defendants a three-day extension to file and serve their Reply In Support of Their Motion to Compel Depositions of Opt-in Plaintiffs Josiane Mills, Paul Travato, and Andrew Craig.

1

*See* ECF No. 62. Defendants' reply is due on October 30, 2017. Pursuant to the parties' agreement, defendants will have until November 2, 2017 to file and serve their response.

After plaintiffs' opposition was filed on October 23, 2017, *see* ECF No. 65, defendants' counsel experienced a death in the family and defendants require additional time to prepare a response. Accordingly, this request for a short extension of time is not made for any improper purpose or for delay.

Date: October 27, 2017      Leon Greenberg Professional Corporation

By: /s/ *Leon Greenberg*
　　Leon Greenberg
　　Dana Sniegocki
　　Attorneys for plaintiffs

Date: October 27, 2017      AKIN GUMP STRAUSS HAUER & FELD, LLP

By: /s/ *Allison S. Papadopoulos*
　　Joel M. Cohn
　　Allison S. Papadopoulos

JACKSON LEWIS PC

　　Elayna J. Youchah

　　Attorneys for defendants

**IT IS SO ORDERED.**

_____      October 30, 2017
United States ~~District Judge/~~      Date
Magistrate Judge

2