LEON GREENBERG, ESQ.
Nevada Bar No.: 8094
DANA SNIEGOCKI, ESQ.
Nevada Bar No.: 11715
Leon Greenberg Professional Corporation
2965 South Jones Boulevard - Suite E3
Las Vegas, Nevada 89146
(702) 383-6085
(702) 385-1827(fax)
leongreenberg@overtimelaw.com
dana@overtimelaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM SLACK, HARRY STROCK, and EDWARD CHAMPA Individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PARBALL NEWCO LLC dba BALLY'S, PARBALL CORP., PARBALL LLC, PHWLV, LLC dba PLANET HOLLYWOOD LAS VEGAS RESORT AND CASINO, and "JOHN DOE CORPORATIONS" 1 to 50, name fictitious, actual name and number unknown,<br><br>Defendants. | Case No. 2:16-cv-02324-RFB-CWH<br><br>STIPULATION AND ORDER ENLARGING PLAINTIFFS' TIME TO REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL RESPONSES TO INTERROGATORIES (ECF 73) |

The parties stipulate and agree to grant plaintiffs a 14-day extension to file and serve their Reply to Defendants' Opposition to Plaintiffs' Motion to Compel Responses to Interrogatories. Plaintiffs' motion was filed on December 7, 2017, and defendants' opposition was timely filed on December 21, 2017 (ECF No. 75). Plaintiffs' reply is due on December 28, 2017. Pursuant to the parties' agreement, plaintiffs will have until Thursday, January 11, 2018 to file their reply.

Plaintiffs' request for an extension of time is made to accommodate the schedule of plaintiffs' counsel, who will be out of the office during the week of the upcoming holiday from December 25, 2017 through December 29, 2017. Plaintiffs' counsel is also tending to trial preparation in a matter in which they have been appointed class counsel that is set to begin trial on February 5, 2018 in the Eighth Judicial District Court, with a pre-trial memorandum in that matter due on January 5, 2018. Accordingly, plaintiffs assert that their request is not made for any improper purpose or for delay.

Date: December 22, 2017         Leon Greenberg Professional Corporation


By: /s/ *Leon Greenberg*
    Leon Greenberg
    Dana Sniegocki
    Attorneys for plaintiffs


Date: December 22, 2017         AKIN GUMP STRAUSS HAUER & FELD, LLP


By: /s/ *Joel M. Cohn*
    Joel M. Cohn
    Allison S. Papadopoulos


**IT IS SO ORDERED**

_____         1/2/18
United States District Judge/         Date
Magistrate Judge