LEON GREENBERG, ESQ.
Nevada Bar No.: 8094
DANA SNIEGOCKI, ESQ.
Nevada Bar No.: 11715
Leon Greenberg Professional Corporation
2965 South Jones Boulevard - Suite E3
Las Vegas, Nevada 89146
(702) 383-6085
(702) 385-1827(fax)
leongreenberg@overtimelaw.com
dana@overtimelaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM SLACK, HARRY STROCK, and EDWARD CHAMPA Individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PARBALL NEWCO LLC dba BALLY'S, PARBALL CORP., PARBALL LLC, PHWLV, LLC dba PLANET HOLLYWOOD LAS VEGAS RESORT AND CASINO, and "JOHN DOE CORPORATIONS" 1 to 50, name fictitious, actual name and number unknown,<br><br>Defendants. | Case No. 2:16-cv-02324-RFB-CWH<br><br>STIPULATION AND ORDER ENLARGING PLAINTIFFS' TIME TO REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CIRCULATION OF CORRECTED NOTICE OF THE PENDENCY OF THIS ACTION AND OTHER RELIEF (ECF 90) |

The parties stipulate and agree to grant plaintiffs a 14-day extension to file and serve their Reply to Defendants' Opposition to Plaintiffs' Motion for Circulation of Corrected Notice of the Pendency of this Action and for Other Relief. Plaintiffs filed their motion on March 6, 2018, and defendants filed their

1

opposition on March 20, 2018 (ECF No. 92).  Plaintiffs' reply is due on March 27, 2018.  Pursuant to the parties' agreement, plaintiffs will have until Tuesday, April 10, 2018 to file their reply.

Plaintiffs' request for an extension of time is made to accommodate the schedule of plaintiffs' counsel, who will be out of the office and traveling through March 28, 2018.  Plaintiffs' counsel is also arguing before the *en banc* Nevada Supreme Court on April 4, 2018 which will require preparation time.  Accordingly, plaintiffs assert that their request is not made for any improper purpose or for delay.

Date:  March 23, 2018            Leon Greenberg Professional Corporation

By:   /s/ *Leon Greenberg*
       Leon Greenberg
       Dana Sniegocki
       Attorneys for plaintiffs

Date:  March 23, 2018            AKIN GUMP STRAUSS HAUER & FELD, LLP

By:   /s/ *Joel M. Cohn*
       Joel M. Cohn
       Allison S. Papadopoulos

**IT IS SO ORDERED.**

_____                March 27, 2018
United States ~~District Judge/~~            _____
Magistrate Judge                              Date