ELAYNA J. YOUCHAH (Nev. Bar No. 5837)
JACKSON LEWIS P.C.
3800 Howard Hughes Parkway
Suite 600
Las Vegas, NV 89169
Tel.: 702.921.2460
Fax: 702.921.2461
youchahe@jacksonlewis.com

JOEL M. COHN (*pro hac vice*)
ALLISON S. PAPADOPOULOS (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, NW
Washington, D.C. 20036-1564
Telephone: 202.887.4000
Fax: 202.887.4288
jcohn@akingump.com
apapadopoulos@akingump.com

Attorneys for Defendants
Parball Newco LLC and PHWLV, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM SLACK, HARRY STROCK, and EDWARD CHAMPA Individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PARBALL NEWCO LLC dba BALLY'S, PARBALL CORP., PARBALL LLC, PHWLV, LLC dba PLANET HOLLYWOOD LAS VEGAS RESORT AND CASINO, and "JOHN DOE CORPORATIONS" 1 to 50, name fictitious, actual name and number unknown,<br><br>Defendants. | Case No. 2:16-cv-02324-RFB-CWH<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING MAY 22, 2018 HEARING UNTIL JUNE 5, 2018 |

The parties hereby stipulate and agree to continue the hearing regarding the parties' discovery plan (ECF No. 99) and pending discovery motions (ECF Nos. 62,

1

73, 74, 76, 78, 85, and 89) currently set for hearing on May 22, 2018, at 9:30 a.m. (ECF No. 102) to June 5, 2018, at 9:30 a.m.

Counsel for defendants has a scheduling conflict on May 22, 2018 that they are unable to clear. The parties have conferred and are both available to appear before the Court on June 5, 2018.

This request for a short continuance is not made for any improper purpose or for delay, and the parties hereby agree to continue the May 22, 2018 hearing until June 5, 2018.

Date: May 8, 2018   Leon Greenberg Professional Corporation

By: /s/ *Leon Greenberg*
   Leon Greenberg
   Dana Sniegocki
   Attorneys for plaintiffs

Date: May 8, 2018   AKIN GUMP STRAUSS HAUER & FELD, LLP

By: /s/ *Allison S. Papadopoulos*
   Joel M. Cohn
   Allison S. Papadopoulos

JACKSON LEWIS PC

Elayna J. Youchah

Attorneys for defendants

**IT IS SO ORDERED.**

_____        May 10, 2018
United States ~~District Judge/~~         Date
Magistrate Judge