UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| WILLIAM SLACK, et al., | Case No. 2:16-cv-02324-KJD-CWH |
| Plaintiffs, | |
| v. | **ORDER** |
| PARBALL NEWCO, LLC, et al., | |
| Defendants. | |

IT IS ORDERED that a hearing is set for Tuesday, August 14, 2018, at 9:30 a.m. in Courtroom 3C, in the United States District Court, District of Nevada, located at 333 S. Las Vegas Blvd., Las Vegas, Nevada, 89101, on the following motions:

- Defendants' Emergency Motion to Compel the Names of the Opt-In Plaintiffs from Whom Plaintiffs Have Obtained Declarations and for Sanctions (ECF No. 112);

- Defendants' Motion for Protective Order Limiting Plaintiffs' Rule 30(b)(6) Deposition Notice and for Sanctions (ECF No. 115);

- Plaintiffs' Motion to Compel a Deposition Pursuant to FRCP Rule 30(b)(6) and to Extend the Time to Hold Such Deposition (ECF No. 120); and

- Plaintiffs' Motion for a Protective Order (ECF No. 123).

Although the court set a shortened briefing schedule on defendant's emergency motion to compel (ECF No. 112), given the parties' subsequent motion practice (ECF Nos. 115, 120, and 123) and the impending discovery deadline of July 20, 2018, it appears the parties will be unable to complete discovery under the current timeline. In the interest of judicial economy, the court has determined it will hear all four motions on the same date, and therefore stays all upcoming

1    case deadlines and depositions pending the hearing. At the hearing, the parties should be

2    prepared to discuss any necessary amendments to the scheduling order.

3          IT IS SO ORDERED.

4

5          DATED: July 13, 2018

6

7                                   C.W. HOFFMAN, JR.
                                  UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28