1  LEON GREENBERG, ESQ.
   Nevada Bar No.: 8094
2  DANA SNIEGOCKI, ESQ.
   Nevada Bar No.: 11715
3  Leon Greenberg Professional Corporation
   2965 South Jones Boulevard - Suite E3
4  Las Vegas, Nevada 89146
   (702) 383-6085
5  (702) 385-1827(fax)
   leongreenberg@overtimelaw.com
6  dana@overtimelaw.com

7  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM SLACK, HARRY STROCK, and EDWARD CHAMPA Individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PARBALL NEWCO LLC dba BALLY'S, PARBALL CORP., PARBALL LLC, PHWLV, LLC dba PLANET HOLLYWOOD LAS VEGAS RESORT AND CASINO, and "JOHN DOE CORPORATIONS" 1 to 50, name fictitious, actual name and number unknown,<br><br>Defendants. | Case No. 2:16-cv-02324-JAD-CWH<br><br>STIPULATION STAYING CASE |

The parties, by and through their counsel of record, having reached an agreement in principle to fully resolve and settle this case subject to approval by the Court, hereby stipulate and agree to stay this case for all purposes until September 28, 2018. The parties' time to file any objections or other motions that would

1

otherwise be due to be filed with the Court on the date of this stipulation, August 28, 2018, including defendants' motion to compel payment of attorneys' fees, are also stayed until September 28, 2018. This stipulation is made in good faith and not for the purposes of delay, the parties intending to formalize their agreement in writing and present it to the Court for preliminary approval prior to September 28, 2018.

Date: August 28, 2018         Leon Greenberg Professional Corporation


By: /s/ *Leon Greenberg*
     Leon Greenberg
     Dana Sniegocki
     Attorneys for plaintiffs

Date: August 28, 2018         AKIN GUMP STRAUSS HAUER & FELD, LLP


By: /s/ *Allison S. Papadopoulos*
     Allison S. Papadopoulos
     Daniel L. Nash
     Nathan J. Oleson

IT IS SO ORDERED.

DATED: August 29, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

JACKSON LEWIS PC

Elayna J. Youchah

Attorneys for defendants

**IT IS SO ORDERED.**

_____  _____
United States District Judge/  Date
Magistrate Judge