LEON GREENBERG, ESQ.
Nevada Bar No.: 8094
DANA SNIEGOCKI, ESQ.
Nevada Bar No.: 11715
Leon Greenberg Professional Corporation
2965 South Jones Boulevard - Suite E3
Las Vegas, Nevada 89146
(702) 383-6085
(702) 385-1827(fax)
leongreenberg@overtimelaw.com
dana@overtimelaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM SLACK, HARRY STROCK, and EDWARD CHAMPA Individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PARBALL NEWCO LLC dba BALLY'S, PARBALL CORP., PARBALL LLC, PHWLV, LLC dba PLANET HOLLYWOOD LAS VEGAS RESORT AND CASINO, and "JOHN DOE CORPORATIONS" 1 to 50, name fictitious, actual name and number unknown,<br><br>Defendants. | Case No. 2:16-cv-02324-JAD-CWH<br><br>STIPULATION STAYING CASE<br><br>(SECOND REQUEST) |

The parties, by and through their counsel of record, having reached an agreement in principle to fully resolve and settle this case subject to approval by the Court, hereby stipulate and agree to continue the stay this case for all purposes until October 19, 2018. The parties' time to file any objections or other motions that

1

would otherwise be due to be filed with the Court on the date of this stipulation, September 28, 2018, including defendants' motion to compel payment of attorneys' fees, are also stayed until October 19, 2018.

This is the parties' second request to stay all proceedings in this matter. The Court previously stayed the case for a period of 30 days to allow the parties to prepare their settlement documents. *See* ECF No. 150. The parties are continuing to finalize the settlement and intend to present their motion for approval to the Court on or before October 19, 2018. Accordingly, this stipulation is made in good faith and not for the purposes of delay.

Date: September 28, 2018	Leon Greenberg Professional Corporation


By: /s/ *Leon Greenberg*
  Leon Greenberg
  Dana Sniegocki
  Attorneys for plaintiffs


Date: September 28, 2018	AKIN GUMP STRAUSS HAUER & FELD, LLP


By: /s/ *Allison S. Papadopoulos*
  Allison S. Papadopoulos
  Daniel L. Nash
  Nathan J. Oleson

JACKSON LEWIS PC

Elayna J. Youchah

Attorneys for defendants

**IT IS SO ORDERED.**

_____
United States ~~District Judge~~/
Magistrate Judge

October 1, 2018

_____
Date

3